ANH PHOONG SALCEDO, NBN: 16750
Anh@phoonglaw.com
PHOONG LAW CORPORATION
5980 S. Rainbow Blvd., #200
Las Vegas, NV 89118
Tel: (866) 468-1246
Fax: (888) 546-3834

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| C.T., a minor by and through his Guardian Ad Litem PAMELA ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARK COUNTY SCHOOL DISTRICT, MELISSA OLSZEWSKI (fka Melissa Walker), SHAWN HALLAND and DOES 1-50,<br><br>    Defendants. | Case No.<br><br>**PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR IN INTEREST C.T.; [PROPOSED] ORDER; DECLARATION OF PAMELA ROSS IN SUPPORT OF PETITION** |

Pursuant to Sections 12.050 of the Nevada Revised Statues and Rule 17c of the Federal Rules of Civil Procedure, Petitioner PAMELA ROSS (hereinafter "ROSS"), the natural mother of C.T., the minor child in interest of a civil rights and injury claim, by and through their counsel, Anh Phoong Salcedo of Phoong Law, hereby petitions this Court for an order appointing ROSS as *guardian ad item* for C.T., the minor child in interest.

This Petition is based upon the Declaration of ROSS, attached hereto as **Exhibit 1**, the contents of which are incorporated as if fully set forth herein:

1.     Petitioner ROSS, is the biological mother of C.T., a minor child, born in 2015. (*See* ROSS Declaration at ¶¶ 3, 4)

2.     At all times relevant to the events giving rise to this action, ROSS and C.T. were residents of Clark County, Nevada. (*Id.* at ¶ 6)

1

3. Plaintiff C.T. currently resides with ROSS in Clark County, Nevada. (Id. at ¶ 6)

4. Plaintiff C.T. has been diagnosed with Autism Spectrum Disorder and his ability to verbally communicate is impacted by his disabilities. (*Id*. at ¶ 5)

5. In approximately August, 2019, when Plaintiff C.T. had just turned 4 years old, he was assigned to the "Autism Pre-K" special education classroom of Melissa Olszewski ("Olszewski") at Sandra Thompson Elementary School ("STES") in the Clark County School District ("CCSD" and/or the "District"). (*Id*. at ¶ 7)

6. On information and belief, on or about February, 2020, aides in Olszewski's classroom reported her physical and emotional abuse of C.T. to CCSD police. (*Id*. at ¶ 8)

7. In approximately February, 2020, ROSS was told by CCSD that Olszewski had been accused of an inappropriate interaction with a disabled student *other than* C.T.. (*Id*. at ¶ 9)

8. On information and belief, in approximately March, 2020, CCSD Police recommended battery charges against Olszewski as to C.T. and 5 of his classmates. (*Id*. at ¶10)

9. On information and belief, in approximately October, 2020, Olszewski was criminally charged with felony child abuse of C.T. and 5 other students. (*Id*. at ¶11)

10. On information and belief, during the criminal investigation by CCSD Police, classroom aides reported Olszewski routinely engaged in misconduct with C.T. and other disabled students including but not limited to: flicking fingers, slapping, pulling, aggressively jerking students by their hands and arms, physically forcing students bodies down into chairs while screaming in their face, slapping and "popping" students on their arms and hands, spanking, yanking and striking students in the head with paper, notebooks and other items. (*Id*. at ¶ 12)

11. During the 2019-2020 school year, C.T. began returning from school

2

with unexplained bruises and scratches on his arms and began displaying uncharacteristic behaviors including frequently crying, suffering frequent night terrors, daily potty accidents, aggression and refusal to go to school. (Id. at ¶13)

12. As a result of Defendant's actions, C.T. sustained personal injuries and emotional distress. (Id. at ¶ 14)

13. Rule 17(c) of the Federal Rules of Civil Procedures provides as follows:

*(c) Minor or Incompetent Person. (1) With a Representative. The following representatives may sue or defend on behalf of a minor or an incompetent person: (A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary. (2) Without a Representative. A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor incompetent person who is unrepresented in an action.*

12. The minor child in interest, C.T., does not presently have any representative or other fiduciary appointed for him. It is appropriate in this matter for a guardian ad litem to be appointed for him.

14. ROSS appropriately files this petition pursuant to FRCP 17 (c) and NRS 12.050, which provides that a guardian ad litem may be appointed for the minor under the age of 14 years upon the application of a relative or friend of the minor.

15. At the time of the filing of this petition, C.T. is 10 years old. (*Id.* at ¶ 4)

16. Petitioner ROSS is qualified and competent to act as guardian ad item for her natural child and minor in interest C.T.. (*Id.* at ¶ 3)

17. Petitioner has not been convicted of felony. (*Ibid.*)

18. Petitioner requests that this Court appoint her as guardian ad litem for C.T., minor child in interest, for the purpose of protecting, asserting and defending

3

the rights and interests of C.T. for the above-described physical, emotional and psychological abuse which occurred at STES in the CCSD on various dates during the 2019-2020 school year, including but not limited to November, 2019 through February, 2020. (*Id.* at ¶¶ 2, 15)

WHEREFORE, Petitioner respectfully requests that this Court enter its order as follows:

Finding that the appointment of a *guardian ad litem* for C.T., minor child in interest is necessary and appropriate for the purpose of protecting, asserting and defending the rights and interest of the minor child.

19.     Finding that petitioner ROSS is qualified and competent to act as *guardian ad litem* for C.T..

20.     Appointing petitioner ROSS as *guardian ad litem* of C.T., minor child in interest in the above captioned proceeding, filed in the Unites States District Court, District of Nevada, Southern Division, without bond.

21.     For such other and further relief as this Court deems just and proper in the proceedings.

DATED this __9th__ day of October, 2025

                                                    /s/ Anh Phoong Salcedo

                                                    **PHOONG LAW**
                                                    Anh Phoong Salcedo, Esq.
                                                    5980 S. Rainbow Blvd., #200
                                                    Las Vegas, NV 89118
                                                    Tel: (866) 468-1246

PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR IN INTEREST C.T.;
[PROPOSED] ORDER; DECLARATION OF PAMELA ROSS

## ORDER

The Petition for and Order Appointing PAMELA ROSS as *guardian ad litem* of minor plaintiff C.T. is approved and PAMELA ROSS is permitted to bring forth the claims of C.T. in this case without bond.

DATED: _____, 2025

_____

UNITED STATES MAGISTRATE JUDGE

5

# EXHIBIT 1

PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR IN INTEREST C.T.;
[PROPOSED] ORDER; DECLARATION OF PAMELA ROSS

## DECLARATION OF PAMELA ROSS

I, PAMELA ROSS, declare under penalty of perjury under the laws of the State of Nevada that the following assertions are true and correct:

1. I am over the age of 18 and am competent to testify as to the statements contained herein, which are made on my own personal knowledge.

2. I make this Declaration in support of my Petition to be appointed as my son C.T.'s guardian ad litem in his claims against the Defendants Clark County School District, Melissa Olszewski, and Shawn Halland, which are being brought in the United States District Court, District of Nevada.

3. I am the natural mother of C.T., I have never been convicted of a felony, and I am qualified and competent to act as C.T.'s guardian ad litem.

4. My son, C.T. was born in 2015 and is currently 10 years old.

5. C.T. has been diagnosed with Autism Spectrum Disorder and his ability to verbally communicate is impacted by his disabilities.

6. C.T. and I currently reside together in Clark County, Nevada and we have resided together in Clark County Nevada at all times relevant to the events giving rise to this litigation.

7. On or about August, 2019, when C.T. had just turned four years old, he was assigned to the "Autism Pre-K" special education classroom of teacher Melissa Olszewski at Sandra Thompson Elementary School in the Clark County School District.

8. I am informed and believe that on or about February, 2020, aides in Olszewski's classroom reported her physical and emotional abuse of C.T. to CCSD police.

9. In February, 2020, I learned that Olszewski had been accused of an inappropriate interaction with a disabled student but I was assured by CCSD administrators at the time that the allegation did not involve my child C.T..

10. I am informed and believe that, in approximately March, 2020, CCSD

7

Police recommended battery charges against Olszewski as to C.T. and 5 of his classmates.

11. I am informed and believe that in approximately October, 2020, Olszewski was criminally charged with felony child abuse of C.T. and 5 other students.

12. I am informed and believe that during the criminal investigation by CCSD police, classroom aides reported Olszewski routinely engaged in misconduct with C.T. and other disabled students including but not limited to: flicking fingers, slapping, pulling, aggressively jerking students by their hands and arms, physically forcing students bodies down into chairs while screaming in their face, slapping and "popping" students on their arms and hands, spanking, yanking and striking students in the head with paper, notebooks and other items.

13. During the 2019-2020 school year, I observed C.T. begin to come home from school with unexplained bruises and scratches on his arms and he began displaying uncharacteristic behaviors including frequently crying, suffering frequent night terrors, daily potty accidents, aggression and refusal to go to school.

14. As a result of Defendants' actions, C.T. sustained personal injuries and emotional distress.

15. Based upon the foregoing, I request that this court appoint me as the *guardian ad litem* for C.T., the minor child in interest, for the purpose of protecting, asserting and defending the rights and interests of C.T. for the above-described physical and emotional abuse which occurred at Sandra Thompson Elementary School in the Clark County School District on various dates during the 2019-2020 school year, including but not limited to November, 2019 through February, 2020.

///

///

///

///

8

PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR IN INTEREST C.T.;
[PROPOSED] ORDER; DECLARATION OF PAMELA ROSS

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed this _9th_ day of October, 2025 at Clark County, Nevada.

_____
PAMELA ROSS

PETITION FOR ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR IN INTEREST C.T.;
[PROPOSED] ORDER; DECLARATION OF PAMELA ROSS