MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
ALIX R. GOLDSTEIN, ESQ.
Nevada Bar No. 16540
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:      ferrariom@gtlaw.com
            hendricksk@gtlaw.com
            alix.goldstein@gtlaw.com
*Counsel for Defendants Clark County School District and Shawn Halland*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| C.T., a minor by and through his Guardian Ad Litem PAMELA ROSS,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, MELLISA OLSZEWSKI (fka Melissa Walker), SHAWN HALLAND, and DOES 1–50,<br><br>Defendants. | CASE NO. 2:25-cv-01988-MMD-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR CLARK COUNTY SCHOOL DISTRICT AND SHAWN HALLAND TO RESPOND TO COMPLAINT** |

Plaintiff C.T. ("Plaintiff") and Defendants Clark County School District ("CCSD") and Shawn Halland (collectively, "Defendants" ; collectively with Plaintiff as the "Parties"), by and between their respective counsel, have conferred and hereby stipulate to an extension of the deadline for CCSD to file a responsive pleading; thereby continuing CCSD's deadline to file and serve a responsive pleading from November 20, 2025, to December 9, 2025, as follows:

WHEREAS, the Complaint in this action was filed October 16, 2025.  CCSD was served

1

on October 30, 2025. Accordingly, service and filing of CCSD's responsive pleading is required to be completed on November 20, 2025.

WHEREAS, on or about November 3, 2025, the law firm of Greenberg Traurig, LLP accepted service on behalf of Shawn Halland, thus waiving service of a summons in this action. Accordingly, service and filing of Halland's responsive pleading is required to be completed on December 19, 2025.

WHEREAS, on or about November 3, 2025, the Parties agreed to consolidate CCSD's deadline to respond to the complaint with Halland's response deadline. Accordingly, the Parties agree to extend CCSD's deadline to file and serve a responsive pleading from November 20, 2025, to December 19, 2025.

## STIPULATION

WHEREFORE, based upon the foregoing, IT IS HEREBY STIPULATED AND AGREED TO by and between the Parties that the deadline by which CCSD is to file and serve a responsive pleading to the Complaint shall be continued from November 20, 2025, to <u>December 19, 2025</u>.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: November 4, 2025<br>PHOONG LAW<br><br>By: /s/ Anh Phoong Salcedo<br>ANH PHOONG SALCEDO<br>Nevada Bar No. 16750<br>5980 S. Rainbow Boulevard<br>Suite 200<br>Las Vegas, Nevada 89118<br>***Counsel for Plaintiff*** | DATED: November 4, 2025<br>GREENBERG TRAURIG, LLP<br><br>By: /s/ Alix R. Goldstein<br>MARK E. FERRARIO<br>Nevada Bar No. 01625<br>KARA B. HENDRICKS<br>Nevada Bar No. 07743<br>ALIX R. GOLDSTEIN<br>Nevada Bar No. 16540<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>***Counsel for Defendants Clark County School District and Shawn Halland*** |

**IT IS SO ORDERED**

**DATED:** 12:03 pm, November 06, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 4, 2025**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP

3

ACTIVE 716194858v1