ANH PHOONG SALCEDO, NV Bar No. 16750
anh@phoonglaw.com
PHOONG LAW
5980 S. Rainbow Blvd., #200
Las Vegas, NV 89118
Tel: (866) 468-1246
Fax: (888) 546-3834

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| C.T., a minor by and through his Guardian Ad Litem PAMELA ROSS,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, MELISSA OLSZEWSKI (fka Melissa Walker), SHAWN HALLAND and DOES 1-50,<br><br>Defendants. | Case No. 2:25-cv-01988-MMD-BNW<br><br>**JOINT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**District Judge Miranda M. Du**<br>**Magistrate Judge Brenda Weksler**<br><br>Date Filed:  October 16, 2025<br>Trial Date:  To Be Assigned |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(b), Plaintiff, C.T., a minor by and through his Guardian Ad Litem PAMELA ROSS and Defendants CLARK COUNTY SCHOOL DISTRICT, SHAWN HALLAND and MELISSA OLSZEWSKI, hereby submit the following Stipulated Discovery Plan and Scheduling Order.

The Parties request the standard discovery period of 180 days.

The parties agree that experts in this matter will require information obtained from lay discovery to draft their expert reports and therefore jointly propose a schedule that allows for expert disclosures and discovery to proceed after the close of lay discovery, as set forth herein below.

1.    **Meeting.**

Pursuant to Fed. R. Civ. P. 26(f), Plaintiffs and Defendants CCSD and Halland met and conferred on **January 12, 2026**. Defendant Olszewski was notified of the

1

Rule 26(f) conference and had no objection to counsel proceeding without her. Defendant Olszewski agrees to abide by the Discovery Plan and Scheduling Order that Plaintiffs, CCSD and Halland have agreed on.

**2.      Initial Disclosures.**

The parties will produce the information required by Fed. R. Civ. P. 26(a)(1)(A) on or before **January 29, 2026**. The disclosure of documents shall occur at that time or as soon thereafter as the Court enters a Protective Order.

**3.      Discovery Plan.**

The parties propose the following discovery plan:

**(a)      Discovery Cut-off Date:** Defendants CCSD and Halland filed their answer to Plaintiffs' complaint on December 19, 2025 (Dkt. 15). Defendant Olszewski was served via Waiver of Service of Summons on October 20, 2025 (Dkt. 6) but has not yet filed her answer to Plaintiffs' complaint.

**(b)      Lay Discovery Period:** The parties propose to complete lay discovery by **June 17, 2026**, which is the first judicial day after 188 days from the date of the first appearance of a Defendant.

**(c)      Amending the Pleadings and Adding Parties:** The parties shall have until **March 19, 2026**, to file any motions to amend the pleadings or to add parties.  This is 90 days before the lay discovery cut-off date in accordance with LR 26-1(b)(2).

**(d)      Disclosure of Experts Pursuant to Fed. R. Civ. P. 26(a)(2) & Expert Discovery:** Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) as follows:

The disclosure of experts and expert reports shall occur on or before **July 17, 2026,** which is the first judicial day 30 days **after** the lay discovery cut-off date.  The disclosure of rebuttal experts and their reports shall occur on **August 17, 2026,** which is the first judicial day 30 days **after** the initial expert disclosure deadline.  All

2

discovery related to experts shall be completed on **September 16, 2026**, which is the first judicial day 30 days **after** the date of disclosure of Rebuttal Experts.  As noted above, these deadlines are outside the time frames stated in L.R. 26-1(b)(3) to allow experts to review and rely on relevant lay discovery as foundation for their opinions.

**(e)**    **Dispositive Motions:** The parties shall have until **October 16, 2026**, to file dispositive motions.  This is the first judicial day 30 days **after** the expert discovery cut-off date.  In the event that the expert discovery cut-off date is extended, the deadline for filing dispositive motions will be automatically extended until 30 days after the new discovery cut-off date.

**(f)**    **Pre-Trial Order:** The joint pre-trial order shall be filed by **November 16, 2026**, which is 30 days **after** the deadline for filing dispositive motions.  This deadline will be suspended if dispositive motions are timely filed.  The disclosures required by Fed. R. Civ. P. 26(a)(3), and objections thereto, shall be made in the joint pretrial order.

**4.    Alternative Dispute Resolution.**

Plaintiff, CCSD and Halland have met and conferred about the possibility of using alternative dispute resolution and are agreeable to further discussing this possibility once some initial discovery has been completed.

**5.    Alternative Forms of Case Disposition.**

Plaintiff, CCSD and Halland hereby certify that they have considered consenting to trial by a magistrate judge under 28 U.S.C. §636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program.

**6.    Electronic Evidence.**

Plaintiff, CCSD and Halland hereby certify that they discussed production of electronically stored information in this case. No stipulations have been reached in this regard to-date.

///

///

STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER
CASE NO. 2:25-cv-01988-MMD-BNW

**ATTORNEYS FOR PLAINTIFF C.T.**:

Dated:  February 12, 2026          PHOONG LAW CORPORATION


By: _____/s/ Anh Phoong Salcedo_____
ANH PHOONG SALCEDO
Attorney for Plaintiff C.T.

**ATTORNEYS FOR DEFENDANTS:**
CLARK COUNTY SCHOOL DISTRICT and
SHAWN HALLAND


Dated:  February 12, 2026          GREENBERG TRAURIG


By: _____/s/ Kara B. Hendricks_____
KARA B. HENDRICKS
ALIX R. GOLDSTEIN
Attorneys for Defendants CCSD and Halland


**DEFENDANT MELISSA OLSZEWSKI:**

Dated: February 12, 2026

By:___/s/ Melissa Olszewski_____
MELISSA OLSZEWSKI
*Pro Se*


**IT IS SO ORDERED**.

Dated:  February 13, 2026

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER
CASE NO. 2:25-cv-01988-MMD-BNW

STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER
CASE NO. 2:25-cv-01988-MMD-BNW