ANH PHOONG SALCEDO, NV BarNo.16750
anh@phoonglaw.com
PHOONG LAW
5980 S. Rainbow Blvd., #200
Las Vegas, NV 89118
Tel: (866) 468-1246
Fax: (888) 546-3834

Attorneys for Plaintiffs C.T., a minor by and through his Guardian Ad Litem PAMELA ROSS and J.I., a minor by and through his Guardian Ad Litem FRANCHELLE MAGANA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

C.T., a minor by and through his Guardian Ad Litem PAMELA ROSS, and J.I., a minor by and through his Guardian Ad Litem FRANCHELLE MAGANA,

Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT, MELISSA OLSZEWSKI (fka Melissa Walker), SHAWN HALLAND and DOES 1-50,

Defendants.

Case No. 2:25-cv-01988-MMD-BNW

**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**

**[SECOND REQUEST]**

**District Judge Miranda M. Du**
**Magistrate Judge Brenda Weksler**

Pursuant to the Court's July 6, 2026 Order (Dkt. 34), the Parties met and conferred regarding the additional discovery necessitated by the amendment of the complaint (Id  at 7:18-22) and hereby, by and through their undersigned counsel, stipulate as follows:

**STATEMENT OF DISCOVERY COMPLETED**

Plaintiff C.T. and Defendants submitted their stipulated discovery plan and scheduling order on February 12, 2026 (Dkt. 20) and the Court entered its scheduling order on February 13, 2026 (Dkt. 21). On May 28, 2026, the Court entered a modified scheduling order extending only the deadline to complete lay discovery pursuant to

the Plaintiff C.T. and Defendants' Joint Stipulation. (Dkt. 24) The Parties have completed the following discovery to date:

1. On January 27, 2026, Defendants Clark County School District ("CCSD") and Shawn Halland ("Halland") served their Initial Rule 26 Disclosures.

2. On January 29, 2026, Plaintiff C.T. served his Initial Rule 26 Disclosures.

3. On February 17, 2026, Plaintiff C.T. served Interrogatories Set One to CCSD, Requests for Production of Documents Set One to CCSD, Interrogatories Set One to Defendant Shawn Halland, and Requests for Production of Documents Set One to Defendant Shawn Halland.

4. On April 6, 2026, Plaintiff C.T. conducted a site inspection at Sandra Thompson Elementary School.

5. On April 8, 2026, Defendants CCSD and Halland served their First Supplemental Rule 26 Disclosures.

6. On April 8, 2026, Defendant CCSD served its First Sets of Requests for Production of Documents and Interrogatories to Plaintiff C.T.

7. On April 20, 2026, Defendants CCSD and Halland served their Second Supplemental Rule 26 Disclosures.

8. On April 20, 2026, Defendants CCSD and Shawn Halland served their responses to Plaintiff C.T.'s Interrogatories and Requests for Production, Set One.

9. On May 15, 2026, Defendants CCSD and Halland noticed the deposition of Plaintiff C.T.'s guardian ad litem, Pamela Ross.

10. On May 29, 2026, Plaintiff C.T. served Responses to Defendant CCSD's First Set of Requests for Production and First Set of Interrogatories

11. On June 1, 2026, Plaintiff C.T. served Objection and Response to Defendants' Notice of Taking Deposition of Plaintiff C.T.'s guardian ad litem, Pamela Ross. ("Ms. Ross")

12. On June 2, 2026, Defendants CCSD and Halland served an Amended

Notice of Taking Deposition of Ms. Ross.

13. On June 22, 2026, Defendants CCSD and Halland served their Third Supplemental Rule 26 Disclosures.

14. On July 13, 2026, Defendants CCSD and Halland deposed Ms. Ross.

**STATEMENT OF DISCOVERY TO BE COMPLETED**

The following discovery remains to be completed:

1. Discovery as to Plaintiff J.I., who was just added as a Plaintiff via the First Amended Complaint July 6, 2026 (Dkt. 35).
2. Plaintiffs intend to take the Depositions of Defendants Shawn Halland and CCSD 30(b)(6), current/former CCSD employees Molly Hall, Nicole Noble, Melissa Olszewski, Jodie Swader, Shirley Diaz, and James Kettner and parents Nicole Ross and Summer Adams-Avery.
3. Defendants will propound written discovery as to Plaintiff J.I.
4. Defendants will obtain the medical records of the minor Plaintiffs.
5. Defendants will conduct Independent Medical Examinations of the minor Plaintiffs and intend to take the Deposition of Plaintiff J.I.'s guardian ad litem Franchelle Magana and other depositions as deemed necessary.
6. The Parties may conduct additional depositions and written discovery as needed based on information obtained through discovery and depositions;
7. Disclosure of Experts and Reports;
8. Expert Depositions.

**REASONS WHY DISCOVERY WILL NOT BE COMPLETED BY THE CURRENT DISCOVERY CUTOFF**

Under the current deadlines, lay and expert discovery closes on September 16, 2026. The Parties need additional time to complete lay and expert discovery as a new Plaintiff was just added to the case on July 6, 2026. Specifically, the Parties need additional time to complete discovery as to Plaintiff J.I., to meet and confer

regarding the outstanding documents to be produced, to review said documents when produced, and to take depositions thereafter. The parties jointly request a 90-day extension of all deadlines.

**PROPOSED SCHEDULE**

The Parties hereby stipulate and agree that all case management deadlines as set forth in the Scheduling Order (Dkt. 24) shall be extended ninety (90) days as set forth below:

**(a) Lay and Expert Discovery Period:** The deadline to complete lay and expert discovery shall be extended from September 16, 2026 to **December 15, 2026.**

**(b) Disclosure of Experts Pursuant to Fed. R. Civ. P. 26(a)(2) & Expert Discovery:** The deadline to disclose experts and expert reports shall be extended from July 17, 2026 to **October 15, 2026;** the disclosure of rebuttal experts and reports shall be extended from August 17, 2026 to **November 16, 2026.**

**(c) Dispositive Motions:** The dispositive motion deadline will be extended from October 16, 2026 to **January 14, 2027**.

**(d) Pre-Trial Order:** The joint pre-trial order deadline shall be extended from November 16, 2026 to **February 15, 2027**.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the second request for a scheduling extension.

**IT IS SO STIPULATED.**

///

///

///

///

///

///

///

///

Dated: July 16, 2026

PHOONG LAW CORPORATION

By: /s/ Anh Phoong Salcedo
ANH PHOONG SALCEDO
Attorney for Plaintiffs C.T. and J.I.

Dated: July 19, 2026

GREENBERG TRAURIG

By: /s/ Kara Hendricks
KARA B. HENDRICKS
Attorneys for Defendants CCSD and Shawn Halland

**IT IS SO ORDERED**.

Dated: July 20, 2026

BRENDA WESKLER
UNITED STATES MAGISTRATE JUDGE